## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD LEE BENTLER,

     Plaintiff,

     v.

NICHOLAS NEDEROSTEK, et al.,

     Defendants.

CIVIL ACTION NO. 3:22-cv-01107

(SAPORITO, J.)

## ORDER

AND NOW, this 1st day of May, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The defendants' motion for summary judgment (Doc. 57) is **DENIED**; and

2.    This matter shall be set down for a jury trial.


*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge